**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name BERRINGER Anthony S
(Last) (First) (Initial)

Prisoner Number #K-66652

Institutional Address Salinas Valley State Prison, Ad/seg A-2-202, P.O. Box 1050, Soledad, CA 93960

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BERRINGER, Anthony S
(Enter the full name of plaintiff in this action.)

vs.

California Dept of Corrections
Dept Mental Health
of Salinas Valley State Prison
Salinas Psych Program
(Enter the full name of the defendant(s) in this action))

CASE NO. C 07 3353 CW
(To be provided by the clerk of court)

COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed.]*

I.  Exhaustion of Administrative Remedies

   [Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A. Place of present confinement Salinas Valley State Prison

   B. Is there a grievance procedure in this institution?
      YES (✓)   NO ( )

   C. Did you present the facts in your complaint for review through the grievance procedure?
      YES (✓)   NO ( )

   D. If your answer is YES, list the appeal number and the date and result of the

COMPLAINT
- 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal  _denied_

2. First formal level _denied_

3. Second formal level _denied_

4. Third formal level _denied_

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why.

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Anthony Scott Berringer, Salinas Valley State Prison, A1(seg D-2-202 P.O. Box CD50 Soledad, CA 93960-C050

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT

- 2 -

1     place of employment.
2   MTA. M. Chaverine, MTA Sell
3   MTA. Rosenthal - California Dept of
4   Corrections, Dept of Mental Health
5   Salinas Valley Psychiatric Program
6   of Soledad CA

III.

7 Statement of Claim

8   State here as briefly as possible the facts of your case. Be sure to describe how each
9 defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.

12 On March 2, 2005 during our chow call
13 MTA M. Chaverine woke me up and told
14 me to get my breakfast. I came up to
15 the food port and she put a cup
16 of hot scalding water she spilled it
17 over my right foot. I was taken
18 to the med room. I received
19 2nd degree burns on my upper
20 [right] ankle (over [B]) foot. MTA Mr.
21 Chaverine never once apologized
22 for her misconduct and her she
23 showed no emotions. MTA M. Chaverine
24 is prejudice against me

25 IV. Relief

26   Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 What I want the courts to pay me

COMPLAINT

- 3 -

750,000 dollars due to the pain and suffering the negligence and flat fees to pay for changing case her lawyers

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5 day of June, 20 07

_Beringer_ (Plaintiff's signature)

COMPLAINT

- 4 -

982(a)(23)

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name and Address):
Anthony Scott Berringer #K-66652
Adseg D-2-222
S-V-SP P.O. Box 1050
Soledad CA 93960

**TELEPHONE NO.:**

**FOR COURT USE ONLY**

**ATTORNEY FOR** (Name):

**Ref. No. or File No.**

Insert name of court and name of judicial district and branch court, if any:
Northern District

**SHORT TITLE OF CASE:** Civel Lawsuite

**PROOF OF SERVICE** (Summons)

**DATE:** 6-5-07
**TIME:** 1:00pm
**DEPT./DIV.:**
**CASE NUMBER:**

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the (specify documents): the civel complaints civel lawsuites

2. a. Party served (specify name of party as shown on the documents served): the Northern District Court

   b. Person served: ☑ party in item 2a ☐ other (specify name and title or relationship to the party named in item 2a):

   c. Address: 450 Golden Gate Ave Box 36060 San Francisco CA 94102

3. I served the party named in item 2
   a. ☐ by personally delivering the copies (1) on (date): (2) at (time):
   b. ☐ by leaving the copies with or in the presence of (name and title or relationship to person indicated in item 2b):
      (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
      (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him or her of the general nature of the papers.
      (3) on (date): (4) at (time):
      (5) ☐ A declaration of diligence is attached. (Substituted service on natural person, minor, conservatee, or candidate.)
   c. ☑ by mailing the copies to the person served, addressed as shown in item 2c, by first-class mail, postage prepaid,
      (1) on (date): 6/5/07 (2) from (city): Soledad CA 93960-1050
      (3) ☐ with two copies of the Notice and Acknowledgment of Receipt and a postage-paid return envelope addressed to me.
      (4) ☐ to an address outside California with return receipt requested.
   d. ☑ by causing copies to be mailed. A declaration of mailing is attached. ← (Attach completed form.) ↗
   e. ☐ other (specify other manner of service and authorizing code section):

4. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☑ On behalf of (specify):
      under: ☑ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)        ☐ other:
             ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (individual)

5. Person serving (name, address, and telephone No.):
   Anthony Scott Berringer
   #K-66652 D-2-202
   S-V-SP P.O. Box 1050
   Soledad, CA 93960-1050

   a. Fee for service: $
   b. ☐ Not a registered California process server.
   c. ☐ Exempt from registration under B&P § 22350(b).
   d. ☐ Registered California process server.
      (1) ☑ Employee or independent contractor.
      (2) Registration No.:
      (3) County:

6. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
7. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

Date:

Signature: Berringer Anthony

Form Adopted by Rule 982
Judicial Council of California
982(a)(23) (New July 1, 1987)
Mandatory Form

**PROOF OF SERVICE** (Summons)

WEST GROUP     Code Civ. Proc., § 417.10(f)