Case Number: 3353

CW (PR)

2

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Berringer, Anthony K06652 for the last six months [prisoner name] at SALINAS VALLEY STATE PRISON ACCOUNTING DEPARTMENT where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 0 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 0.

Dated: 6/21/07

B. Lazzarono

[Authorized officer of the institution]

REPORT ID: TS3030

REPORT DATE: 06/21/07
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 01, 2006 THRU JUN. 21, 2007

ACCOUNT NUMBER : K66652
ACCOUNT NAME : BERRINGER, ANTHONY SCOTT
PRIVILEGE GROUP: A

BED/CELL NUMBER: FDB2T2000000202L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 04/24/2007 | H107 | POSTAGE HOLD | 2982 POST | 0.63 |
| 04/24/2007 | H107 | POSTAGE HOLD | 2982 POST | 0.63 |
| 04/24/2007 | H107 | POSTAGE HOLD | 2982 POST | 0.63 |
| 04/24/2007 | H107 | POSTAGE HOLD | 2982 POST | 0.63 |
| 04/24/2007 | H107 | POSTAGE HOLD | 2982 POST | 0.63 |
| 05/02/2007 | H107 | POSTAGE HOLD | 2982 POST | 0.52 |
| 05/09/2007 | H110 | COPIES HOLD | 3036 OPTIC | 0.39 |
| 05/11/2007 | H107 | POSTAGE HOLD | 3117COPIES | 1.40 |
| 05/11/2007 | H107 | POSTAGE HOLD | 3144 POST | 1.35 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3144 POST | 0.87 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.75 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.75 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.92 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.92 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.75 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3216 POST | 1.48 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.41 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.58 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.58 |

REPORT ID: TS3030

REPORT DATE: 06/21/07
PAGE NO: 2

SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 01, 2006 THRU JUN. 21, 2007

ACCT: K66652 ACCT NAME: BERRINGER, ANTHONY SCOTT ACCT TYPE: I

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.58 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.58 |
| 06/08/2007 | H109 | LEGAL POSTAGE HOLD | 3459 LPOST | 0.41 |
| 06/08/2007 | H109 | LEGAL POSTAGE HOLD | 3459 LPOST | 0.41 |
| 06/08/2007 | H109 | LEGAL POSTAGE HOLD | 3459 LPOST | 0.58 |
| 06/08/2007 | H109 | LEGAL POSTAGE HOLD | 3459 LPOST | 1.48 |
| 06/08/2007 | H109 | LEGAL POSTAGE HOLD | 3459 LPOST | 0.41 |
| 06/08/2007 | H109 | LEGAL POSTAGE HOLD | 3459 LPOST | 0.41 |
| 06/08/2007 | H109 | LEGAL POSTAGE HOLD | 3459 LPOST | 0.41 |
| 06/08/2007 | H109 | LEGAL POSTAGE HOLD | 3459 LPOST | 0.41 |
| 06/12/2007 | H118 | LEGAL COPIES HOLD | 3503 LCOPY | 8.60 |
| 06/12/2007 | H107 | POSTAGE HOLD | 3504 POST | 0.75 |
| 06/12/2007 | H107 | POSTAGE HOLD | 3504 POST | 0.75 |
| 06/12/2007 | H107 | POSTAGE HOLD | 3504 POST | 0.58 |
| 06/12/2007 | H109 | LEGAL POSTAGE HOLD | 3505 ENVEL | 2.50 |
| 06/12/2007 | H109 | LEGAL POSTAGE HOLD | 3505 ENVEL | 1.05 |
| 06/13/2007 | H109 | LEGAL POSTAGE HOLD | 3523 LPOST | 0.97 |
| 06/14/2007 | H107 | POSTAGE HOLD | 3553 POST | 0.41 |
| 06/14/2007 | H107 | POSTAGE HOLD | 3553 POST | 0.58 |
| 06/14/2007 | H107 | POSTAGE HOLD | 3553 POST | 0.41 |
| 06/14/2007 | H107 | POSTAGE HOLD | 3553 POST | 1.82 |
| 06/14/2007 | H107 | POSTAGE HOLD | 3553 POST | 0.41 |
| 06/14/2007 | H109 | LEGAL POSTAGE HOLD | 3554 LPOST | 2.16 |
| 06/14/2007 | H109 | LEGAL POSTAGE HOLD | 3554 LPOST | 0.41 |
| 06/14/2007 | H109 | LEGAL POSTAGE HOLD | 3554 LPOST | 0.41 |
| 06/14/2007 | H109 | LEGAL POSTAGE HOLD | 3557 ENVEL | 2.70 |
| 06/14/2007 | H118 | LEGAL COPIES HOLD | 3555 LCOPY | 10.00 |
| 06/15/2007 | H114 | COPAY FEE, MED. | 3564 COPAY | 5.00 |
| 06/18/2007 | H109 | LEGAL POSTAGE HOLD | 3580 LPOST | 0.41 |
| 06/18/2007 | H109 | LEGAL POSTAGE HOLD | 3580 LPOST | 0.41 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 71.60 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

| CURRENT AVAILABLE BALANCE |
|---|
| 71.60- |

REPORT ID: TS3030

REPORT DATE: 06/21/07
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 01, 2006 THRU JUN. 21, 2007

ACCOUNT NUMBER : K66652
ACCOUNT NAME : BERRINGER, ANTHONY SCOTT
PRIVILEGE GROUP:

BED/CELL NUMBER:
ACCOUNT TYPE: T

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 6-21-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

REPORT ID: TS3030

REPORT DATE: 06/04.
PAGE NO:

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2006 THRU JUN. 04, 2007

ACCOUNT NUMBER : K66652
ACCOUNT NAME : BERRINGER, ANTHONY SCOTT
PRIVILEGE GROUP: A

BED/CELL NUMBER: FDB2T2000000202L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/01/2006 | | BEGINNING BALANCE | | | | | 0.00 |
| 01/17 | FR01 | CANTEEN RETUR | 501794 | | | 0.19- | 0.19 |
| 01/25 | W512 | LEGAL POSTAGE | 1897 LPOST | | | 0.19 | 0.00 |
| 03/17* | DD30 | CASH DEPOSIT | 2366 2251 | | 28.00 | | 28.00 |
| 03/17 | W512 | LEGAL POSTAGE | 2370 ENVEL | | | 1.25 | 26.75 |
| 03/20 | FC04 | DRAW-FAC 4 | 2386 DMH | | | 16.76 | 9.99 |
| 03/24 | W512 | LEGAL POSTAGE | 2444 LPOST | | | 0.39 | 9.60 |
| 03/24 | W512 | LEGAL POSTAGE | 2444 LPOST | | | 0.39 | 9.21 |
| 03/24 | W512 | LEGAL POSTAGE | 2444 LPOST | | | 0.39 | 8.82 |
| 03/24 | W512 | LEGAL POSTAGE | 2444 LPOST | | | 0.39 | 8.43 |
| 03/24 | W512 | LEGAL POSTAGE | 2444 LPOST | | | 0.39 | 8.04 |
| 03/24 | W512 | LEGAL POSTAGE | 2444 LPOST | | | 0.39 | 7.65 |
| 03/24 | W512 | LEGAL POSTAGE | 2444 LPOST | | | 0.39 | 7.26 |
| 03/24 | W512 | LEGAL POSTAGE | 2444 LPOST | | | 0.39 | 6.87 |
| 03/24 | W512 | LEGAL POSTAGE | 2444 LPOST | | | 0.39 | 6.48 |
| 03/24 | W512 | LEGAL POSTAGE | 2444 LPOST | | | 0.39 | 6.09 |
| 03/24 | W512 | LEGAL POSTAGE | 2444 LPOST | | | 0.39 | 5.70 |
| 03/27 | W512 | LEGAL POSTAGE | 2478 LPOST | | | 0.39 | 5.31 |
| 04/03 | W512 | LEGAL POSTAGE | 2511 LPOST | | | 1.11 | 4.20 |
| 04/17 | FR01 | CANTEEN RETUR | 502659 | | | 2.46- | 6.66 |
| 04/17 | FC03 | DRAW-FAC 3 | 2655 DMH | | | 6.66 | 0.00 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 04/24/2007 | H107 | POSTAGE HOLD | 2982 POST | 0.63 |
| 04/24/2007 | H107 | POSTAGE HOLD | 2982 POST | 0.63 |
| 04/24/2007 | H107 | POSTAGE HOLD | 2982 POST | 0.63 |
| 04/24/2007 | H107 | POSTAGE HOLD | 2982 POST | 0.63 |
| 04/24/2007 | H107 | POSTAGE HOLD | 2982 POST | 0.52 |
| 05/02/2007 | H107 | POSTAGE HOLD | 3036 OPTIC | 0.39 |
| 05/09/2007 | H110 | COPIES HOLD | 3117COPIES | 1.40 |
| 05/11/2007 | H107 | POSTAGE HOLD | 3144 POST | 1.35 |
| 05/11/2007 | H107 | POSTAGE HOLD | 3144 POST | 0.87 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |

REPORT ID: TS3030

REPORT DATE: 06/04/07
PAGE NO: 2

SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2006 THRU JUN. 04, 2007

ACCT: K66652 ACCT NAME: BERRINGER, ANTHONY SCOTT ACCT TYPE: I

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.75 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.75 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.92 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.92 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.58 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.75 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 0.41 |
| 05/17/2007 | H107 | POSTAGE HOLD | 3216 POST | 1.48 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.41 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.58 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.58 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.58 |
| 05/19/2007 | H107 | POSTAGE HOLD | 3244 POST | 0.58 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 09/10/97
COUNTY CODE: SAC

CASE NUMBER: 96F08220
FINE AMOUNT: $ 4,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 01/01/2006 | BEGINNING BALANCE | | | 3,759.66 |

REPORT ID: TS3030

REPORT DATE: 06/04/07
PAGE NO: 3

SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2006 THRU JUN. 04, 2007

ACCT: K66652 ACCT NAME: BERRINGER, ANTHONY SCOTT ACCT TYPE: I

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 09/10/97
COUNTY CODE: SAC

CASE NUMBER: 96F08220
FINE AMOUNT: $ 4,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 03/17/06 | DR30 | REST DED-CASH DEPOSIT | 20.00- | [illegible] |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 28.00 | 28.00 | 0.00 | 26.75 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 26.75- |