IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY S. BERRINGER, | ) | No. C 07-3353 CW (PR) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ) | |
| Defendants. | ) | |

This action is DISMISSED because it is duplicative of Plaintiff's pending prisoner action in <u>Berringer v. Salinas Valley State Prison, et al.</u>, No. C 06-0270 CW (PR) (N.D. Cal. Jan. 17, 2006) (complaint). A judgment of dismissal is entered. Plaintiff shall take nothing by way of his complaint. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

DATED: 7/13/07               _____
                             CLAUDIA WILKEN
                             United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANTHONY S. BERRINGER,

        Plaintiff,

v.

CA DEPT. OF CORRECTIONS et al,

        Defendant.

Case Number: CV07-03353 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony S. Berringer K-66652
Salinas Valley State Prison
Ad/Seg D-2-202
P.O. Box 1050
Soledad, CA 93960

Dated: July 13, 2007

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

2